PHILLIP A. TALBERT
Acting United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Applicant
United States of America

**SEALED**

FILED
JUN 30 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: (SEALED)

CASE NO. 2:16-SW-389 AC

ORDER SEALING SEARCH WARRANT DOCUMENTS

Court: Hon. Alison Claire
Date: June 30, 2016

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant and Search Warrant Affidavit underlying the Search Warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person except law enforcement officials and their associates until after the execution of the search warrant. Upon execution of the search warrant, the Search Warrant and Search Warrant Affidavit shall be deemed unsealed, and a copy of the Search Warrant and Affidavit may be left with the person, premises, and/or vehicle searched.

Dated: June 30, 2016

_____
ALISON CLAIRE
United States Magistrate Judge

1