PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

FILED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>(1) THE PERSON OF TIMOTHY B. HARRISON; (2) THE PREMISES LOCATED AT 1840 SUSQUEHANA DRIVE, SOUTH LAKE TAHOE, CALIFORNIA, WHICH IS THE RESIDENCE OF HARRISON; AND (3) A SILVER 2003 TOYOTA PICKUP, BEARING VEHICLE IDENTIFICATION NUMBER 5TEWN72N63Z196706 | CASE NO.: 2:16-SW-0389 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The Court having received, read, and considered the United States of America's *ex parte* motion for an Order unsealing the search warrant and supporting affidavit in this matter, and good cause appearing therefrom, IT IS HEREBY ORDERED that the motion is granted and the search warrant and supporting affidavit in this matter are hereby ordered unsealed.

Dated: 10-17-17

_____
HONORABLE DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT